

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00021-CV

Colleen T. **BRADY**,
Appellant

v.

**COMPASS BANK** d/b/a BBVA Compass,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10192
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: September 23, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by May 28, 2020. We extended the time for appellant to file her brief to June 30, 2020, *sua sponte*. By June 30, 2020, neither the brief nor a motion for extension of time had been filed. On July 31, 2020, appellant was ordered to file, by August 17, 2020, her brief and to file, by August 7, 2020, a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a). On August 7, 2020, appellant filed a written response stating that she failed to file a brief because her counsel had failed to calendar the

deadline after our court's *sua sponte* extension.  Appellant requested that she be allowed to file her brief as ordered by the court.

Appellant did not file a brief or a motion for extension of time by August 17, 2020.  On August 26, 2020, a deputy clerk of this court contacted counsel for appellant by telephone and left a message regarding the brief.  On August 31, 2020, counsel for appellant contacted a deputy clerk of this court by telephone and stated that appellant's brief would be filed on September 1, 2020. Appellant did not file her brief on September 1, 2020, and, to date, has not filed a brief.  Because appellant failed to timely file a brief in this appeal in accordance with our order, this appeal is dismissed for want of prosecution.  *See id.* R. 38.8(a), 42.3(b), (c).

PER CURIAM